FILED

2003 NOV 21  A 11: 54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKOV ORTIZ<br>          Plaintiff, | : <br> : <br> : |
| v. | : CASE NUMBER: 3:02CV1369 (JCH)(HBF) |
| J.BRYMER, IN HIS OFFICIAL<br>CAPACITY AS CHIEF OF POLICE FOR<br>MIDDLETOWN, CT AND IN HIS<br>INDIVIDUAL CAPACITY, POLICE<br>OFFICER YEPES IN HIS INDIVIDUAL<br>CAPACITY AND IN HIS OFFICIAL<br>CAPACITY AS POLICE OFFICER FOR<br>MIDDLETOWN, CT<br>          Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : NOVEMBER 19, 2003 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Local Rule 9 and Rule 34 of the Federal Rules of Civil Procedure, the defendants J. Edward Brymer and Officer Jorge Yepes, hereby move for an enlargement of time of thirty days until December 28, 2003 within which to respond to the plaintiff's request for production dated October 29, 2003. The requested extension is needed because the plaintiff's request for production seeks numerous materials and the additional time is needed in order to determine whether those materials are available and whether or not they can be produced by the defendants.

The undersigned counsel spoke with the pro se plaintiff on November 17, 2003 and the pro se plaintiff indicated that he does not have an objection to this motion.

Wherefore the defendants respectfully request that this motion be granted.

Defendants, J. Edward Brymer and Officer Jorge Yepes

BY: _____
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Tele: (860) 571-8880
Fax: (860) 571-8853
Federal Bar No. ct07152
Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 19th day of November 2003 to all counsel and pro se parties of record as follows:

Akov Ortiz, Prisoner 262585
Northern Correctional Institution
287 Bilton Road, P.O. Box 665
Somers, CT 06071- 0665

_____
Andrew M. Dewey