FILED

2003 NOV 21 A 11: 54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT CT

| | |
|---|---|
| AKOV ORTIZ | : |
|     Plaintiff, | : |
| | : |
| v. | : CASE NUMBER: 3:02CV1369 (JCH)(HBF) |
| | : |
| J.BRYMER, IN HIS OFFICIAL | : |
| CAPACITY AS CHIEF OF POLICE FOR | : |
| MIDDLETOWN, CT AND IN HIS | : |
| INDIVIDUAL CAPACITY, POLICE | : |
| OFFICER YEPES IN HIS INDIVIDUAL | : |
| CAPACITY AND IN HIS OFFICIAL | : |
| CAPACITY AS POLICE OFFICER FOR | : |
| MIDDLETOWN, CT | : |
|     Defendants | : NOVEMBER 19, 2003 |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Local Rule 9 and Rule 34 of the Federal Rules of Civil Procedure, the defendants J. Edward Brymer and Officer Jorge Yepes, hereby move for an enlargement of time of thirty days until December 28, 2003 within which to respond to the plaintiff's request for production dated October 29, 2003. The requested extension is needed because the plaintiff's request for production seeks numerous materials and the additional time is needed in order to determine whether those materials are available and whether or not they can be produced by the defendants.

Motion Granted.