UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AKOV ORTIZ | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NUMBER: 3:02CV1369 (JCH)(HBF) |
| | : | |
| J.BRYMER, IN HIS OFFICIAL | : | |
| CAPACITY AS CHIEF OF POLICE FOR | : | |
| MIDDLETOWN, CT AND IN HIS | : | |
| INDIVIDUAL CAPACITY, POLICE | : | |
| OFFICER YEPES IN HIS INDIVIDUAL | : | |
| CAPACITYAND IN HIS OFFICIAL | : | |
| CAPACITY AS POLICE OFFICER FOR | : | |
| MIDDLETOWN, CT | : | |
| Defendants | : | JANUARY 22, 2004 |

## MOTION FOR ENLARGEMENT OF
## DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Pursuant to Fed. R. Civ. P. 16 (b) and Rule 7 (b) of the Local Rules of Civil Procedure, the defendants J. Edward Brymer and Officer Yepes, hereby respectfully move that the deadlines for all parties for the completion of discovery and the filing of any motions for summary judgment be extended sixty (60) days until March 27, 2004.

The plaintiff has issued written discovery requests to the defendants and the defendants have issued written discovery requests to the plaintiff, however, more time is needed for the parties to complete discovery and in turn for the defendants to decide whether the case is appropriate for a motion for summary judgment.

1
LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

The defendants request additional time because there are apparently police records and evidence pertaining to the underlying criminal prosecution associated with this case that cannot be obtained from the Connecticut State's Attorney's Office until the pending criminal prosecutions have been resolved.  It is the undersigned counsel's understanding that one of the related criminal prosecutions was recently resolved on appeal but that another one is going to be retried.  The undersigned counsel is exploring whether certain transcripts of testimony of the plaintiff and the defendant Officer Yepes can be obtained on the basis that they are a matter of public record, however, more time is needed to accomplish this.  As of this date, however, the defendants still have not been permitted access to materials which may be instrumental as exhibits to any motion for summary judgment that is filed.  These types of materials are relevant to any assessment as to whether a motion for summary judgment is viable and they may be needed in connection with any depositions that may be taken in this case.  In addition, they are also the subject of the plaintiff's discovery requests.

In support of this motion the undersigned counsel submits that he spoke with the pro se plaintiff Akov Ortiz on January 22, 2004 via the telephone and he objects to the requested extension.  This is the defendants' fourth request overall to enlarge the discovery and dispositive motion deadlines.  The defendants have made a good faith effort to meet

the scheduling deadlines imposed by the court. However, due to circumstances beyond their control they cannot do so at this time.

    WHEREFORE, the defendants respectfully request that this motion be granted.

                                  Defendants, J. Edward Brymer
                                  and Officer Yepes

BY: _____
      Andrew M. Dewey
      Baio & Associates, P.C.
      15 Elm Street
      Rocky Hill, CT 06067
      Tele: (860) 571-8880
      Fax: (860) 571-8853
      Federal Bar No. ct07152
      Their Attorney

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 22nd day of January 2004 to all counsel and pro se parties of record as follows:

Akov Ortiz, Prisoner 262585
Northern Correctional Institution
287 Bilton Road, P.O. Box 665
Somers, CT 06071- 0665

_____
Andrew M. Dewey

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580