FILED

2003 NOV 19 P 12: 33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKOV ORTIZ<br>      Plaintiff, | : |
| v. | :   CASE NUMBER: 3:02CV1369 (JCH)(HBF) |
| J.BRYMER, IN HIS OFFICIAL<br>CAPACITY AS CHIEF OF POLICE FOR<br>MIDDLETOWN, CT AND IN HIS<br>INDIVIDUAL CAPACITY, POLICE<br>OFFICER YEPES IN HIS INDIVIDUAL<br>CAPACITY AND IN HIS OFFICIAL<br>CAPACITY AS POLICE OFFICER FOR<br>MIDDLETOWN, CT<br>      Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   NOVEMBER 17, 2003 |

**MOTION FOR ENLARGEMENT OF
DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

Pursuant to Fed. R. Civ. P. 16 (b) and Rule 9 (b) of the Local Rules of Civil Procedure, the defendants J. Edward Brymer and Officer Yepes, hereby respectfully move that the deadlines for all parties for the completion of discovery and the filing of any motions for summary judgment be extended until January 27, 2004.

In support of this motion the undersigned counsel submits that he spoke with the pro se plaintiff Akov Ortiz on November 17, 2003 via the telephone and he consents to the requested extension. The plaintiff has issued written discovery requests to the defendants and the defendants have issued written discovery requests to the plaintiff, however, more time is needed for the parties to complete discovery and in turn to decide whether the case

MOTION GRANTED. No further objection.
SO ORDERED. [signature] 2/1/04

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580