UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AKOV ORTIZ                             :
                                       :         PRISONER
        v.                             :   Case No. 3:02CV1369(JCH)(HBF)
                                       :
J. EDWARD BRYMER, et al.               :

RULING AND ORDER

Defendants have filed a fourth motion to extend the deadlines for completion of discovery and filing a motion for summary judgment motions until March 27, 2004.  They state that they have been unable to obtain certain evidence and police records form the Office of the Chief State's Attorney until pending criminal matters are resolved.  Defendants state that this information was requested by plaintiff and is required for them to decide whether to file a motion for summary judgment.  Plaintiff objects to the extension.

Defendants' motion [**doc. #29**] is **GRANTED** over plaintiff's objection.  The parties shall complete discovery and file any motions for summary judgment on or before **March 27, 2004.**

**SO ORDERED.**

Entered at Bridgeport, Connecticut, this 3rd day of March, 2004.

                                          /s/
                                   HOLLY B. FITZSIMMONS
                                   UNITED STATES MAGISTRATE JUDGE