UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AKOV ORTIZ | : | |
|     Plaintiff, | : | |
| | : | CASE NUMBER: |
| v. | : | 302CV1369 (JCH) (HBF) |
| | : | |
| J. EDWARD BRYMER, IN HIS OFFICIAL | : | |
| CAPACITY AS CHIEF OF POLICE FOR | : | |
| MIDDLETOWN, CT AND IN HIS | : | |
| INDIVIDUAL CAPACITY, POLICE OFFICER | : | |
| YEPES IN HIS INDIVIDUAL CAPACITY | : | |
| AND IN HIS OFFICIAL CAPACITY AS | : | |
| POLICE OFFICER FOR MIDDLETOWN, CT | : | MARCH 25, 2004 |
|     Defendants | : | |

**NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR**
**SUMMARY JUDGMENT AS REQUIRED BY LOCAL**
**RULE OF CIVIL PROCEDURE 56(B)**

      The purpose of this notice, which is required by the Court, is to notify you that the defendants have filed a motion for summary judgment asking the Court to dismiss all of your claims without a trial.  The defendants argue that there is no need for a trial with regard to these claims because no reasonable jury could return a verdict in your favor.

      THE DEFENDANTS' MOTION MAY BE GRANTED AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE PAPERS AS REQUIRED BY RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE

56 OF THE LOCAL RULES OF CIVIL PROCEDURE. COPIES OF THESE RULES ARE ATTACHED TO THIS NOTICE, AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

The papers you file must show that (1) you disagree with the defendants' version of the facts; (2) you have evidence contradicting the defendants' version; and (3) the evidence you rely on, if believed by a jury, would be sufficient to support a verdict in your favor.

To make this showing, you must file one or more affidavits disputing the defendants' version of the facts.  An affidavit is a sworn statement by a witness that the facts contained in the affidavit are true to the best of the witness's knowledge and belief.  To be considered by the Court, an affidavit must be signed and sworn to in the presence of a notary public or other person authorized to administer oaths.  In addition to affidavits, you may also file deposition transcripts, responses to discovery requests, and other evidence that supports your claims.

If you fail to submit evidence contradicting the defendants' version of the facts, your claims may be dismissed without further notice.  It is therefore very important that you read the defendants' motion, memorandum of law, affidavits, and other evidentiary materials to see if you agree or disagree with the defendants' version of the relevant facts.  It is also very important that you review the enclosed copy of Rule 56 of the Local Rules of Civil Procedure carefully.  This rule provides detailed instructions concerning the papers you

must file in opposition to the defendants' motion, including how you must respond to specific facts the defendants claims are undisputed (see Rule 56(a)(2) and how you must support your claims with specific references to evidence (see Rule 56(a)(3). If al you fail to follow these instructions, the defendants' motion may be granted.

You must file your opposition papers with the Clerk of the Court and mail a copy to the defendants' counsel within 21 days of the filing of the defendants' motion with the Clerk of the Court. This 21-day period is extended an additional three days if any the conditions of Rule 6(e) of the Federal Rule Civil Procedure are met (for example, if you receive the defendants' motion by mail or overnight delivery service).

                Defendants,
                J. Edward Brymer and Officer Yepes

BY: _____
    Andrew M. Dewey
    Baio & Associates, P.C.
    15 Elm Street
    Rocky Hill, CT 06067
    Tel.: (860) 571-8880
    Fax: (860) 571-8853
    adewey@baiolaw.com
    Federal Bar No. ct07152
    Their Attorney

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, this ___ day of March, 2004 to the pro se plaintiff as follows:

Akov Ortiz, Prisoner 262585  
Northern Correctional Institution  
287 Bilton Road, P.O. Box 665  
Somers, CT 06071- 0665

                                                                  _____  
                                                                   Andrew M. Dewey