UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AKOV ORTIZ, | : | |
| Plaintiff, | : | CASE NUMBER: 3:02CV1369 (JCH)(HBF) |
| v. | : | |
| | : | |
| J.BRYMER, IN HIS OFFICIAL | : | |
| CAPACITY AS CHIEF OF POLICE | : | |
| FOR MIDDLETOWN, CT AND IN HIS | : | |
| INDIVIDUAL CAPACITY, POLICE | : | |
| OFFICER YEPES IN HIS INDIVIDUAL | : | |
| CAPACITYAND IN HIS | : | |
| OFFICIALCAPACITY AS POLICE | : | |
| OFFICER FOR MIDDLETOWN, CT, | : | |
| | : | |
| Defendants. | : | MARCH 25, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R.Civ.P. 56 and Local Rule 56, the defendants, J. Edward Brymer
and Officer Yepes, hereby move for summary judgment on the plaintiff's Amended
Complaint dated April 3, 2003.

As is more fully set forth in the attached Memorandum of Law, Statement of
Undisputed Facts and Supporting Documents, the defendants are entitled to judgment as a
matter of law on the plaintiff's Amended Complaint as no genuine issue of material fact

**ORAL ARGUMENT REQUESTED**

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

exists with regard to the issue that defendant, Yepes, did not shoot the plaintiff on the night of August 11, 1999, or engage in the other conducted alleged by the plaintiff.  Further, the defendants are entitled to judgment as a matter of law based on the doctrine of qualified immunity, as defendant, Yepes', conduct was objectively reasonable given that the plaintiff had just shot two Middletown Police detectives and was struggling with the defendant while being placed under arrest.

Further, since the defendant, Jorge Yepes, is entitled to judgment as a matter of law, the plaintiff's claims against defendant, J. Edward Brymer, Chief of Police must also fail.

WHEREFORE, the defendants respectfully request that summary judgment be granted on the plaintiff's Amended Complaint.

Defendants,
J. Edward Brymer and Officer Yepes

BY:_____
          Andrew M. Dewey
          Baio & Associates, P.C.
          15 Elm Street
          Rocky Hill, CT 06067
          Tel.:  (860) 571-8880
          Fax: (860) 571-8853
          adewey@baiolaw.com
          Federal Bar No. ct07152
          Their Attorney

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

**<u>CERTIFICATION</u>**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 25th day of March, 2004 to the pro se plaintiff as follows:

Akov Ortiz, Prisoner 262585
Northern Correctional Institution
287 Bilton Road, P.O. Box 665
Somers, CT 06071- 0665

                                      _____
                                        Andrew M. Dewey

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580