UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AKOV ORTIZ | : | |
|     Plaintiff, | : | |
| | : | CASE NUMBER: |
| v. | : | 302CV1369 (JCH) (HBF) |
| | : | |
| J. EDWARD BRYMER, IN HIS OFFICIAL | : | |
| CAPACITY AS CHIEF OF POLICE FOR | : | |
| MIDDLETOWN, CT AND IN HIS | : | |
| INDIVIDUAL CAPACITY, POLICE OFFICER | : | |
| YEPES IN HIS INDIVIDUAL CAPACITY | : | |
| AND IN HIS OFFICIAL CAPACITY AS | : | |
| POLICE OFFICER FOR MIDDLETOWN, CT | : | MARCH 25, 2004 |
|     Defendants | : | |

## LOCAL RULE 56(a)1 STATEMENT

Pursuant to Local Rule 56(a)1, the defendants, J. Edward Brymer and Jorge Yepes, submit the following statement of facts to which there is no genuine issue in support of their motion for summary judgment.

1.    On the night of August 10th and 11th, 1999, the defendant, Jorge Yepes, was a member of the Middletown Police Department assigned to the Street Crime Unit. ( Aff. of Jorge Yepes ¶ 4, Exhibit A and Yepes trial testimony given on October 5, 2004 in *State v. Ortiz*, Tr. p. 2, Exhibit B.)

2. On the night of August 10th and 11th, 1999, the Middletown Police Department had an active felony arrest warrant for the plaintiff, Akov Ortiz, and had received information that he was going to be at the Wesley Elementary School at approximately 1:00 a.m. on August 11, 1999. (Aff. of Yepes ¶ 6, Augeri trial testimony given on October 4, 2001 in *State v. Ortiz* Tr. p. 28, Exhibit C and Middletown Police Report Sworn Statement of Detective Mefferd, Exhibit D.)

3. Defendant, Jorge Yepes, along with the other Middletown Police Officers arrived at the Wesley Elementary School just after midnight on August 11, 1999 to get set up to apprehend plaintiff, Ortiz, and serve him with the outstanding arrest warrant. (Middletown Police Report Sworn Statement of Defendant Yepes, Exhibit E.)

4. Detectives Augeri and Warner were to apprehend plaintiff, Akov Ortiz, as he walked off the bridge. (Aff. of Yepes, ¶ 8; Middletown Police Report Sworn Statement of Jorge Yepes.)

5. Defendant, Jorge Yepes', responsibility was to cover the wooded area. He observed the plaintiff, Akov Ortiz, as he walked over the bridge to the other side of the field. (Aff. of Yepes ¶¶ 7 and 9; Yepes trial testimony given on October 5, 2001 in *State v. Ortiz* Tr. p. 15, Exhibit F.)

      6.      Defendant, Jorge Yepes, then heard Detectives Augeri and Warner yelling, "Police, get down," in a loud tone of voice.  (Aff. of Yepes, ¶ 10; Yepes trial testimony given on October 5, 2001 in *State v. Ortiz,* Tr. pp. 15-16, Exhibit F.)

      7.      Defendant, Jorge Yepes, started to run towards the bridge.  (Aff. of Yepes, ¶ 10;  Yepes trial testimony given on October 5, 2001 in *State v. Ortiz,* Tr. pp. 15-16, Exhibit F.)

      8.      Defendant, Jorge Yepes, started across the bridge and heard gunshots.  (Aff. of Yepes, ¶¶ 10 and 11; Yepes trial testimony given on October 5, 2001 in *State v. Ortiz,* Tr. pp. 15-16, Exhibit F.)

      9.      Defendant, Jorge Yepes, heard five to seven shots.  The first shots were small popping sounds and then he heard a boom.  (Aff. of Yepes, ¶ 12; Yepes trial testimony given on October 5, 2001 in *State v. Ortiz,* Tr. p. 17, Exhibit F.)

      10.      When defendant, Jorge Yepes, got to the side of the bridge he had his handgun in his right hand and his flashlight in his left.  (Aff. of Yepes, ¶¶ 13-14; Yepes trial testimony given on October 5, 2001 in *State v. Ortiz,* Tr. p. 17, Exhibit F.)

      11.      Defendant, Jorge Yepes, heard both Detectives Augeri and Warner yelling for help and that they had been shot.  Both detectives had fallen to the ground and the defendant, Jorge Yepes, realized that plaintiff, Akov Ortiz was still on the field.  (Aff. of

Yepes, ¶¶ 15 and 16; Yepes trial testimony given on October 5, 2001 in *State v. Ortiz,* Tr. p. 18, Exhibit F.)

12.     All gunfire had stopped by the time defendant, Yepes, arrived at the field. (Aff. of Yepes, ¶ 36.)

13.     The plaintiff, Akov Ortiz, was kneeling and facing towards the defendant, Jorge Yepes.  (Aff. of Yepes, ¶ 17; Yepes trial testimony given on October 5, 2001 in *State v. Ortiz,* Tr. p 19, Exhibit F.)

14.     The defendant, Jorge Yepes, yelled, "Police, keep your hands in the air and do not move."  (Aff. of Yepes, ¶ 19; Middletown Police Report Sworn Statement of Yepes.)

15.     The defendant, Jorge Yepes, went around back of the plaintiff, Akov Ortiz. The defendant, Jorge Yepes, dropped one knee to the back of the plaintiff, Akov Ortiz and then holstered his weapon.  (Aff. of Yepes, ¶¶ 21-23; Middletown Police Report Sworn Statement of Yepes.)

16.     The plaintiff, Akov Ortiz, started to move around as though he wanted to get up and the defendant, Jorge Yepes, had to struggle with him.  (Aff. of Yepes, ¶¶ 24 and 25; Middletown Police Report Sworn Statement of Yepes; Yepe's trial testimony given on October 5, 2001 in *State v. Ortiz*, Tr., pp. 22-23, Exhibit G.)

17. As the defendant, Jorge Yepes, was patting down the plaintiff, Akov Ortiz, he noticed that he had been shot. (Aff. of Yepes, ¶ 28; Yepes trial testimony given on October 5, 2001 in *State v. Ortiz,* Tr. pp 22-23, Exhibit G.)

18. Defendant, Jorge Yepes, did not discharge his weapon and did not shoot plaintiff, Akov Ortiz. (Aff. of Yepes, ¶¶ 29 and 30; Internal Affairs Investigation Report, Exhibit H.)

19. Detective Warner fired his gun at plaintiff, Akov Ortiz, on the night of August 10th and 11th, 1999. (Warner trial testimony given on October 9, 2001 in *State v. Ortiz,* Tr. p. 167, Exhibit I; Internal Affairs Investigation Report.)

20. Defendant, Jorge Yepes, did not drive his knee into the plaintiff's back with extreme force. (Aff. of Yepes, ¶ 31.)

21. Defendant, Jorge Yepes, did not drive the barrel of his weapon into the side of the plaintiff's head or threaten to kill the plaintiff. (Aff. of Yepes, ¶¶ 32-34.)

22. Defendant, Jorge Yepes, did not use his weapon to strike the plaintiff in either the face or the head. (Aff. of Yepes, ¶ 33.)

          Defendants,
          J. Edward Brymer and Officer Yepes

          BY:_____
          Andrew M. Dewey
          Baio & Associates, P.C.
          15 Elm Street
          Rocky Hill, CT 06067
          Tel.: (860) 571-8880
          Fax: (860) 571-8853
          adewey@baiolaw.com
          Federal Bar No. ct07152
          Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 25th day of March, 2004 to the pro se plaintiff as follows:

Akov Ortiz, Prisoner 262585
Northern Correctional Institution
287 Bilton Road, P.O. Box 665
Somers, CT 06071- 0665

          _____
          Andrew M. Dewey