FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR 13  P 4:46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Akov Ortiz   Plaintiff,       Case Number: 3:02 CV 1369 (JCH)(HBF)

VS.

J. Brymer, In His Official
Capacity As Chief of Police
For Middletown, CT And In His
Individual Capacity, Police Officer
Yepes In His Individual Capacity
And In His Official Capacity As
Police Officer For Middletown, CT
                    Defendants,       April 11, 2004

## Motion For Enlargement Of Opposition To Defendants' Motion For Summary Judgement Deadlines

Pursuant to Fed. R. Civ. P. 16(b) and Rule 9(b) of the Local Rules of Civil Procedure, the plaintiff Akov Ortiz, hereby respectfully move that the deadlines for completion of opposition to defendants' motion for summary judgement be extended sixty (60) days untill June 11, 2004

In support of this motion the plaintiff Pro Se party feels (3) three weeks is not sufficient being this party

has NO access to a law library and must seek legal assistance to properly respond to defendants' motion for summary judgement and aquire pertinent case law for arguement and draft sequence.

Wherefore, the plaintiff respectfully request that this motion be granted.

Plaintiff Akov Ortiz
Pro Se   Prisoner 262585

By: Akov Ortiz
Northern C.I.
P.O. Box 665
Somers, CT 06071

## Certification

This is to certify that a copy of the forgoing has been mailed, postage pre paid, this ___ of April 2004 to counsel of the defendants as follows:
Defendants, J. Edward Brymer
and Officer Yepes
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Fed Bar No. ct07152
Their Attorney

Akov Ortiz