United States District Court
District Of Connecticut

**FILED**
2004 MAY 24 P 5:02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Akov Ortiz
   Plaintiff,

vs.

J. Brymer,
Yepes,
   Defendants

Civil Action No.
3:02 cv 1369 (JCH)(HBF)

May 18, 2004

## Plaintiff's Motion In Opposition To Defendants' Motion For Summary Judgment

The plaintiff hereby respectfully submits this motion in opposition with this honorable court, which is opposing the defendants' motion for summary judgment dated March 25, 2004.

In Support of this motion, the plaintiff submits a Memorandum of law, a local rule 9(c) Statement of Undisputed facts, an affidavit, and other supporting documentation.

Despite the defendants' conclusory allegations in their moving papers, they have definitely not shown that the material facts of this case are not in dispute. Since there are clear disputes of material fact the defendants' are not entitled to judgment as a matter of law. Live testimony at the trial of this case must be heard and credibility must be determined in order to arrive at a fair result. For these reasons, the defendants' Motion for Summary judgment must be denied.

Wherefore, for all the reasons set forth in the accompanying Memorandum of Law, local rule 9(c) Statement of Undisputed facts, affidavit, and other documentation, the defendants' Motion for Summary judgment must be denied, because there are overwhelming genuine issues of material fact in dispute.

Respectfully Submitted.
The Plaintiff

*Akov Ortiz*
Akov Ortiz # 262585
Northern C.I., P.O. Box 665
Somers, CT. 06071

#2

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of May 2004:

Attorney Andrew M. Dewey
Baio and Associates, P.C.
15 Elm Street
Rocky Hill, CT. 06067

By: *[signature]*
Akov Ortiz

\# 3