United States District Court **FILED**
District Of Connecticut

2004 MAY 24 P 5:02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Akov Ortiz

vs.

J. Brymer,
Yepes

Civil Action No.
3:02 cv 1369 (JCH)(HBF)

May 18, 2004

## Plaintiff Akov Ortiz's Local Rule 9(c) Statement Of Undisputed Facts

1. On or about August 10 and 11, 1999 defendant J. Edward Brymer was the Chief of police of the Middletown Police Department. As such, he was responsible for the administration of the Middletown Police Department, the hiring, supervision, training, discipline and control of persons working for the Department. Defendant J. Brymer is also responsible directly and in his supervisory capacity for the codification, distribution and enforcement of Department policies, practices and training, including

those policies, practices, and training and the lack thereof that unlawfully permitted his employees on August 10 and 11, 1999 to plan the ambush of the Plaintiff, for them to hide in the woods and reeds like a bunch of hoodlums. With no lights, failing to identify themselves as police, which ultimately led to and caused the Unconstitutional Violations of the excessive force by the shooting the plaintiff and violent beating of the plaintiff.

2. On August 10, 1999 Middletown Police obtained the exact location at 10:25 pm of the plaintiff which was not acted upon, instead the Middletown Police planned an attack of the plaintiff and defendant Yepes was a member of the team involved in the executed plan on August 11, 1999. Exhibits A, B, C, D, E, and Amended Complaint.

3. On August 11, 1999 the plaintiff was shot in his leg and the bullet remained inside his leg. Exhibits A, B, C, D, and E.

4. On August 11, 1999 the plaintiff sustained injuries to his face and head, lacerations, and bruising. Exhibits A, B, C, D, E, and Amended Complaint.

#2

5. On August 11, 1999 defendant Yepes was personally present at Middletown Wesley School and present at the scene when the plaintiff was shot and when he sustained multiple injuries to his face and head. Exhibit A, B, C, D, E and Amended Complaint.

Respectfully Submitted
The Plaintiff
*Akov Ortiz*
Akov Ortiz #262585
Northern C.I. P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of May 2004:

Attorney Andrew M. Dewey
Baio and Associates, P.C.
15 Elm Street
Rocky Hill, CT. 06067

By: *Akov Ortiz*
Akov Ortiz

#3