# EXHIBIT A

FILED

2004 MAY 24 P 5:03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Akov Ortiz
    Plaintiff,

Case Number: 3:02 CV 1369 (JCH)(HBF)

VS.

J. Brymer,
Yepes,
    Defendants,

May 18, 2004

## Affidavit Of Akov Ortiz

I, Akov Ortiz, having been duly sworn, do hereby depose and say:

1. I am over the age of eighteen (18) and understand the obligations of an oath.

2. The following statements are made based on my personal knowledge.

3. On the night of August 10, 1999 I was at my friend Joe Roy's house at 67 Cubeta Rd. Middletown, CT.

4. From Joe's house I placed a telephone call to my ex-girl friend Kristen Quinn, at which time she to me to call her back.

Pg. 1

5. After several phone calls I asked to see Kristen, and her and I agreed to meet each other.

6. Kristen excepted me and told me to meet her at Wesley School at 1:00am along with which direction to expect me to arrive from.

7. At about 12:30 am August 11ᵗʰ 1999 I left Joe's house.

8. I was walking peacefully entering in the nature park at the rear of Wesley School.

9. I made my way through the nature park to the foot bridge located behind Wesley School.

10. I crossed the foot bridge and I was peacefully beginning to cross the field to the playscape at the northeast corner of the school.

11. Immediately two unidentified individuals rapidly came out from the reeds and the corners of the foot bridge ambushing me with guns in their hands drawing them up to shoot me.

12. These two individuals did not have any flashlights and did not identify themselves as police officer or any other way.

13. My life, safety and well being was in imminent danger by these two armed unidentified individuals, therefore in self-defense I

reppelled their attack by shooting said attackers, both men fell to the ground.

14. Everything happenned very fast, and I reasonably acted in self defense to protect my life.

15. Thereafter I saw strobe lights coming from the direction of the school, I immediately realized what was happenning and I laid down on the ground.

16. While I was laying on the ground a man ran out of the dark towards me from the direction of the school and I saw the gunshot flash came from his gun and felt the bullet hit me in the back of my leg.

17. Immediately after I was shot the man who shot me violently jumped on my back, driving his knee into my back, he forcefully pinned my head to the ground with his gun threatening to kill me while yelling other obscenities, and then he repeatedly beat me in my face and head with his gun and fist.

18. During this time I positively identified defendant Kepes as the same person who ran towards me shooting me in my leg, and the same person who jumped on my back and pinned my head to the ground with his gun threatening to kill me, and then violently beating me.

pg 3

19. I never resisted in anyway, once I realized what was happening I immediately surrendered by laying prone on the ground.

20. Thereafter an officer asked if I was shot, this is when defendant Yepes stop beating me, upon which I answered "Yes I am", which was the only thing I stated in the presence of defendant Yepes.

21. I was handcuffed by this officer and defendant Yepes got up off my back and he began walking away stating and I quote, "I've gotta get outta here, I've gotta get outta," repeating this over and over. He was in uniform and I state again that I positively identified him as the same person who ran out of the dark from the direction of the school shooting me and who jumped on my back forcefully driving his knee into my back, pinning my head to the ground with his gun threatening to kill me and then violently beating me with said gun and his hand.

22. I could hear the ambulance in the distance as I waited quietly.

23. I was placed on a stretcher and taken to the ambulance and was transported to Hartford Hospital.

24. At Hartford Hospital I was then seen by a Dr. David Courtney, and he treated me for the injuries inflicted due to defendant Yepes shooting me and his violently beating me. pg. 4

25. Directly due to defendant Yepes shooting me I suffered a serious gunshot wound to the back of my leg with the bullet remaining inside my leg. And due to being violently beaten by this defendant I suffered lacerations to my face and head and severe bruising.

26. After this Dr. Courtney finished I was approached by State Trooper Detective Daigle.

27. I briefly stated to Det. Daigle what occurred, and he took my statement.

28. Det. Daigle took photographs of my face injuries inflicted from defendant Yepes beating me.

29. After Det. Daigle finished and left Dr. Courtney came back to me and injected me with what he said was pain medication.

Affiant, Akov Ortiz
*Akov Ortiz*

Subscribed and sworn to before me this 18th day of May, 2004

*Brian Bradway*

BRIAN BRADWAY
NOTARY PUBLIC
MY COMMISSION EXPIRES 01/31/2008

pg. 5