UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
AKOV ORTIZ                    :
                              :          PRISONER
     v.                       :   Case No. 3:02CV1369(JCH)(HBF)
                              :
J. EDWARD BRYMER, et al.      :
```

RULING AND ORDER

Plaintiff seeks an extension of time to respond to defendants' motion for summary judgment.  Plaintiff's response having been filed, his motion [**doc. #34**] is **GRANTED** nunc pro tunc.

Entered at Bridgeport, Connecticut, this 14th day of July, 2004.

                                       /s/                      
                                    HOLLY B. FITZSIMMONS
                                    UNITED STATES MAGISTRATE JUDGE