UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AKOV ORTIZ

    v.                              CIVIL NO: 3:02CV1369 (JCH) (HBF)

J. EDWARD BRYMER, E T AL.

### APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, <u>Stephen J. Lable, Esquire and Christopher R. Perry, Esquire of LeBoeuf, Lamb, Greene & MacRae, L.L.P., 225 Asylum Street, 13th Floor, Hartford, Connecticut 06103, Tel: (860) 293-3500</u> are appointed as counsel for the plaintiff, <u>Akov Ortiz</u>, in the above-captioned case. Counsel are directed to file <u>pro</u> <u>bono</u> appearances in this case as soon as possible.

Dated at Bridgeport, Connecticut this 4th day of November, 2004.


                                              KEVIN F. ROWE, Clerk
                                              By

                                              <u>/s/ Cynthia Earle</u>

                                              Cynthia Earle,
                                              Staff Attorney