# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**PRO BONO APPEARANCE**

AKOV ORTIZ

V

J. EDWARD BRYMER, ET AL.

2004 NOV 12  P 12: 47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER: 3:02CV1369 (JCH)(HBF)

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for: Akov Ortiz

| | |
|---|---|
| November 10, 2004 | _[signature]_ |
| Date | Signature |
| ct21111 | Stephen J. Lable |
| Connecticut Federal Bar Number | Print or Type Name |
| 860-293-3502 | LeBoeuf, Lamb, Greene & MacRae, L.L.P. |
| Telephone Number | Firm Name |
| | 225 Asylum Street |
| | Address |
| | Hartford / CT / 06103 |
| | City / State / Zip Code |

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Claudia A. Baio
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)