**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| AKOV ORTIZ : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-1369 (JCH) |
| : | |
| J. EDWARD BRYMER, ET AL : | |
|    Defendants : | DECEMBER 6, 2004 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_\_ To supervise discovery and resolve discovery disputes

_____ A ruling on the following motion(s) which are currently pending:

\_\_\_\_√\_\_\_ A status conference.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 6th day of December, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge