FILED

2004 DEC 27 P 12: 19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AKOV ORTIZ, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 302 CV1369(JCH)(HBF) |
| VS. | : | |
| J. BRYMER, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR MIDDLETOWN, CT & IN HIS INDIVIDUAL CAPACITY, POLICE OFFICER YEPES IN HIS INDIVIDUAL CAPACITY & IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR MIDDLETOWN, CT | : | DECEMBER 22, 2004 |
|     Defendants | | |

APPEARANCE

TO: Clerk
    United States District Court
    915 Lafayette Boulevard
    Bridgeport, CT 06604

    Please enter the appearance of the undersigned, Trina A. Solecki, City Attorney, for the defendants in the above-entitled action in addition to appearance of Baio & Associates, P.C. already on file.

    Dated at Middletown, CT this 22nd day of December, 2004.

                              DEFENDANTS

                              BY _/s/ Trina A. Solecki_
                              Trina A. Solecki
                              City Attorney
                              245 DeKoven Drive
                              P. O. Box 1300
                              Middletown, CT 06457
                              Tel. 860 344-3422
                              Federal Bar No. CT 05572

CITY OF
MIDDLETOWN
LEGAL DEPARTMENT
P.O. BOX 1300
MIDDLETOWN, CT
06457
TEL. (860) 344-3422

CERTIFICATION

    This is to certify that a copy of the foregoing was mailed this 22nd day of December, 2004 to all counsel of record as follows:

| | |
|---|---|
| Andrew M. Dewey<br>Baio & Associates, P.C.<br>15 Elm Street<br>Rocky Hill, CT 06067 | Akov Ortiz, Prisoner 262585<br>Northern Correctional<br>Institution<br>287 Bilton Road, P.O. Box 665<br>Somers, CT 06071-0665 |

_____
Trina A. Solecki

CITY OF
MIDDLETOWN
LEGAL DEPARTMENT
P.O. BOX 1300
MIDDLETOWN, CT
06457
TEL. (860) 344-3422