UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  | : |  |
|---|---|---|
| AKOV ORTIZ, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIV. NO. 3:02cv1369 (JCH) |
| | : | |
| EDWARD BRYMER, et al, | : | |
| | : | |
| | : | |
| DEFENDANT. | : | |

**<u>ORDER</u>**

The court conducted a telephone status conference on Wednesday, January 5, 2005.  After discussion, and with agreement of the parties, the court orders the following.

Defendants will file a motion to depose the plaintiff on or before January 14, 2005.  Plaintiff's response is due on or before January 28, 2005.

The medical records and arrest documents will be exchanged on or before February 28, 2005.

A telephone status conference will be held on March 2, 2005 at 2 pm.

The parties are encouraged to contact the court via

telephone if any further issues arise that cannot otherwise be

resolved.


        SO ORDERED at Bridgeport this 7th day of January 2005.


                      _____/s/_____
                      HOLLY B. FITZSIMMONS
                      UNITED STATES MAGISTRATE JUDGE