UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AKOV ORTIZ, | : | CASE NO. 3:02CV01369(JCH)(HBF) |
| Plaintiff, | : | |
| V. | : | |
| J. BRYMER, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR MIDDLETOWN, CT AND IN HIS INDIVIDUAL CAPACITY, and POLICE OFFICER YEPES, IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR MIDDLETOWN, CT, | : : : : : : | FEBRUARY 23, 2005 |
| Defendants. | : | |

**JOINT MOTION FOR EXTENSION OF TIME TO PRODUCE
MEDICAL RECORDS, ARREST DOCUMENTS AND A DAMAGES ANALYSIS**

Pursuant to Fed. R. Civ. P. 16(b) and D. Conn. L. Civ. R. 7(b), the Plaintiff, Akov Ortiz ("Ortiz" or the "Plaintiff"), and on behalf of the Defendants, J. Brymer and Officer Yepes, respectfully submits this Joint Motion for Extension of Time to Produce Medical Records, Arrest Documents and a Damages Analysis. On January 7, 2005, the Court ordered that a document exchange take place between the parties on or before February 28, 2005. In addition, the Court ordered the Plaintiff to submit a damages analysis to the Court on the same date. On January 18, 2005, the Plaintiff provided Warden Giovanny Gomez of the Garner Correctional Institution with a request for Ortiz's medical records. To date, the Plaintiff has not received a response to such request. Because Plaintiff's counsel does not have the requested medical records, it cannot provide such material to the Defendants, nor can counsel generate a damages analysis for the Court. In addition, on February 23, 2005, the Defendants informed counsel that the Records Keeper for the City of Middletown was recently in an accident, thus preventing the Defendants

from producing the requested material to Ortiz by February 28, 2005. Thus, Plaintiff and Defendants jointly request until March 30, 2005 to exchange medical records and arrest documents. Plaintiff also requests until March 30, 2005 to provide the Court with a damages analysis. Defendants consent to this request. This is Plaintiff's first request to enlarge the time to produce medical records, arrest documents and a damages analysis.

In light of the jointly requested extension of time, Plaintiff and Defendants request a postponement of the March 2, 2005 telephone conference until after a document exchange has occurred.

PLAINTIFF,
AKOV ORTIZ

By: _____
Stephen J. Lable
Fed. Bar No.: ct21111
Christopher R. Perry
Fed. Bar No.: ct24084
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
225 Asylum Street, 13th Floor
Hartford, CT  06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 23rd day of February 2005, to the following:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT  06067

Trina A. Solecki, Esq.
City Attorney
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

_____
Stephen J. Lable