UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKOV ORTIZ, | : CASE NO. 3:02CV01369(JCH)(HBF) |
| Plaintiff, | : |
| V. | : |
| J. BRYMER, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR MIDDLETOWN, CT AND IN HIS INDIVIDUAL CAPACITY, and POLICE OFFICER YEPES, IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR MIDDLETOWN, CT, | : <br> : <br> : <br> : MARCH 23, 2005 |
| Defendants. | : |

**JOINT MOTION FOR EXTENSION OF TIME TO PRODUCE
MEDICAL RECORDS, ARREST DOCUMENTS AND A DAMAGES ANALYSIS**

Pursuant to Fed. R. Civ. P. 16(b) and D. Conn. L. Civ. R. 7(b), the Plaintiff, Akov Ortiz ("Ortiz" or the "Plaintiff"), and on behalf of the Defendants, J. Brymer and Officer Yepes, respectfully submits this Joint Motion for Extension of Time to Produce Medical Records, Arrest Documents and a Damages Analysis. On January 18, 2005, the Plaintiff provided Warden Giovanny Gomez of the Garner Correctional Institution with a request for Ortiz's medical records. To date, the Plaintiff has not received a response to such request.[1] Because Plaintiff's counsel does not have the requested medical records, it cannot provide such material to the Defendants, nor can counsel generate a damages analysis for the Court. In addition, Plaintiff's counsel is waiting for the investigatory files from the Connecticut State Police as they had jurisdiction over this matter. Thus, Plaintiff and Defendants jointly request until May 31, 2005 to exchange medical records and arrest documents. Plaintiff also requests until May 31, 2005 to

---

[1] The medical records department at the Garner Correctional Institution stated that they are three weeks behind schedule and that counsel should expect Mr. Ortiz's medical records in mid-April.

provide the Court with a damages analysis. Defendants consent to this request. This is Plaintiff's second request to enlarge the time to produce medical records, arrest documents and a damages analysis.

                                PLAINTIFF,
                                AKOV ORTIZ

By: _____
                                Stephen J. Lable
                                Fed. Bar No.: ct21111
                                Christopher R. Perry
                                Fed. Bar No.: ct24084
                                LeBoeuf, Lamb, Greene & MacRae, L.L.P.
                                225 Asylum Street, 13th Floor
                                Hartford, CT  06103
                                Telephone: (860) 293-3500
                                Facsimile: (860) 293-3555

3

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 23rd day of March 2005, to the following:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067

Trina A. Solecki, Esq.
City Attorney
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

_____
Stephen J. Lable