UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKOV ORTIZ, | CASE NO. 3:02CV01369(JCH)(HBF) |
| Plaintiff, | |
| V. | |
| J. BRYMER, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR MIDDLETOWN, CT AND IN HIS INDIVIDUAL CAPACITY, and POLICE OFFICER YEPES, IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR MIDDLETOWN, CT, | OCTOBER 17, 2005 |
| Defendants. | |

## **MOTION FOR FEE WAIVER**

Plaintiff, Akov Ortiz respectfully submits this Motion for Fee Waiver and requests this Court order the court reporter's office to provide him with a shortened transcript of his prior proceedings. Mr. Ortiz initially brought this action pro se and in forma pauperis and is now represented in a pro bono capacity. He is eligible for a fee waiver because he is presently destitute and has no money to pay the $2,294.64 transcript order fee.

The trial transcript contains essential material necessary to cross examine witnesses and prepare for his upcoming trial. Mr. Ortiz could adequately prepare for trial with a reduced transcript of 1,237 pages, which omits the final arguments, jury charge, and verdict days. However, Mr. Ortiz is unable to afford even an abbreviated trial transcript. Therefore, Mr. Ortiz's case will effectively be denied unless this petition to waive transcript fees is granted.

Counsel for Defendants has been contacted and does not oppose this Motion.

For all these reasons, Mr. Ortiz respectfully requests that the Court issue an Order granting his Motion for Fee Waiver and ordering the court reporter's office to waive transcript order fees.

> PLAINTIFF,
> AKOV ORTIZ
>
> By: _____
> Stephen J. Lable
> Fed. Bar No.: ct21111
> Christopher R. Perry
> Fed. Bar No.: ct24084
> LeBoeuf, Lamb, Greene & MacRae, L.L.P.
> 225 Asylum Street, 13th Floor
> Hartford, CT 06103
> Telephone: (860) 293-3500
> Facsimile: (860) 293-3555

## **ORDER**

The foregoing Motion for Fee Waiver is granted / denied.

_____

Magistrate Holly B. Fitzsimmons/Clerk

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 17th day of October 2005, to the following:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT  06067

Trina A. Solecki, Esq.
City Attorney
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

_____
Christopher R. Perry

4