UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AKOV ORTIZ | : | |
|     Plaintiff, | : | |
| | : | CASE NUMBER: |
| v. | : | 302CV1369 (JCH) (HBF) |
| | : | |
| J. EDWARD BRYMER, ET AL | : | |
|     Defendants | : | OCTOBER 19, 2005 |

**<u>NOTICE OF DEFENDANTS'</u>**
**<u>SUPPLEMENTAL COMPLAINCE WITH</u>**
**<u>COURT'S PRETRIAL ORDER</u>**

    The Defendants J. Edward Brymer and Akov Ortiz hereby give notice that they have filed simultaneously herewith the Defendants' Proposed Jury Instructions and Proposed Verdict Form in compliance with the Court's Pretrial Order.

    The Plaintiff and the Defendants recently filed their Joint Trial Memorandum. Plaintiff's counsel had agreed to assume the responsibility of filing the finalized documents during a meeting that was held on October 14, 2005 at Plaintiff counsel's office, however, when the joint document was filed Plaintiff's counsel inadvertently failed to include the Defendants' Proposed Jury Instructions and Proposed Verdict Form in the submission, although the Defendants' wordperfect disk was filed. The Defendants' Proposed Jury

Instructions and Propose Verdict Form were referred to as Exhibit 3 in the joint trial memorandum.

                                                  Defendants, J. Edward Brymer and Officer Jorge Yepes

                                                  BY:_____
                                                  Andrew M. Dewey
                                                  Baio & Associates, P.C.
                                                  15 Elm Street
                                                  Rocky Hill, CT 06067
                                                  Tel.: (860) 571-8880
                                                  Fax: (860) 571-8853
                                                  adewey@baiolaw.com
                                                  Federal Bar No. ct07152
                                                  Their Attorney
                                                  E-Mail adewey@baiolaw.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 19th day of October, 2005 to the pro se plaintiff as follows:

Stephen J. Lable, Esquire
Christopher R. Perry, Esquire
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
225 Asylum Street, 13th Floor
Hartford, CT 06103

Attorney Trina A. Solecki
City Attorney
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

                                                                               _____
                                                                                Andrew M. Dewey