UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AKOV ORTIZ | : | |
| Plaintiff, | : | |
| | : | CASE NUMBER: |
| v. | : | 302CV1369 (JCH) (HBF) |
| | : | |
| J. EDWARD BRYMER, ET AL | : | |
| Defendants | : | NOVEMBER 9, 2005 |

## DEFENDANTS' PROPOSED
## VOIR DIRE QUESTIONS

The Defendants, J. Edward Brymer and Jorge Yepes hereby respectfully request that the following voir dire questions be used during the upcoming jury selection for this matter.

(1)    This is a lawsuit for civil rights violations brought by the plaintiff against an Middletown police officer and the Chief of Police. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

(2)    Is there anyone here who would prefer not to serve on a jury concerning a case of this kind?

(3)    Have you or anyone else close to you been employed as a police officer or by any law enforcement agency in any capacity?  If so, please explain.

(4)    Have you or anyone close to you ever been employed by any municipality in the State of Connecticut?  If so, please explain.

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

(5)     Do you know or have you read anything or heard anything about this case, the plaintiff or the defendant or any of the lawyers involved in this case?

(6)     Has anyone here or anyone close to you ever been employed by an attorney?

(7)     Would you for any reason tend to favor one side or the other in this case or in regard to the evidence that may be presented?

(8)     Other things being equal, would you tend to trust or believe the testimony of a police officer more or less than that of an ordinary citizen merely because the testimony came from a police officer?

(9)     Does anyone here have any feeling that the testimony of a police officer is entitled to greater or lesser weight or believability than that of a civilian?

(10)     Have you or anyone close to you ever been the victim of a crime?

(11)     Does anyone here belong to any club or organization which in any way is interested in the enforcement or the change of any law or laws or which is in any other way concerned with policemen or law enforcement?

(12)     Have you or anyone close to you ever been arrested?

(13)     Has anyone here ever witnessed an arrest?

(14)     Have you, or has anyone close to you, ever been a party to a lawsuit?  If so, please explain.

(15)     Are there any circumstances where you think it might make sense for a citizen to refuse to follow the orders of a police officer?  What are they?

(16)     Would you tend to feel that the best approach would be to follow a police officer's orders and ask questions later or to ask questions right away if you thought the officer was mistaken?

(17)     What are your impressions about the dangers of police work, if any?

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

(18)     What contact have you had with police officers or other law enforcement officers during your lifetime?

(19)     How would you characterize your past experiences with police officers, if any?

(20)     What have you read or heard about incidents where police have been alleged to have used excessive force?

(21)     What is your immediate reaction when you hear that someone is claiming that the police used excessive force in making a valid arrest?

(22)     Have you or anyone close to you ever been involved in any type of a dispute with a police officer?

(23)     Do you feel that citizens that believe that they have been treated illegally and unfairly have a right to bring a lawsuit against police officers?

(24)     Do you have any problems with the idea of an ordinary citizen suing a police officer because of actions the police officer claims he took in the line of duty?

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

Defendants, J. Edward Brymer and
Officer Jorge Yepes


BY:_____
      Andrew M. Dewey
      Baio & Associates, P.C.
      15 Elm Street
      Rocky Hill, CT 06067
      Tel.:  (860) 571-8880
      Fax: (860) 571-8853
      adewey@baiolaw.com
      Federal Bar No. ct07152
      Their Attorney
      E-Mail adewey@baiolaw.com


## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of November, 2005 to the counsel of record as follows:

Stephen J. Lable, Esquire
Christopher R. Perry, Esquire
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
225 Asylum Street, 13th Floor
Hartford, CT 06103

Attorney Trina A. Solecki
City Attorney
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

_____
      Andrew M. Dewey

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**

15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580