UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AKOV ORTIZ, | : | CASE NO. 3:02CV01369 (HBF) |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| J. BRYMER, IN HIS OFFICIAL CAPACITY | : | |
| AS CHIEF OF POLICE FOR MIDDLETOWN, CT | : | |
| AND IN HIS INDIVIDUAL CAPACITY, and | : | |
| POLICE OFFICER YEPES, IN HIS OFFICIAL | : | |
| CAPACITY AS POLICE OFFICER FOR | : | NOVEMBER 9, 2005 |
| MIDDLETOWN, CT, | : | |
| | : | |
| Defendants. | : | |

## PROPOSED VOIR DIRE QUESTIONS

Plaintiff, Akov Ortiz, respectfully requests that the following questions be asked during voir dire on Monday, November 14, 2005:

1.      Are you related to any law enforcement personnel?  If so, would that relationship affect your ability to objectively consider evidence in this case?

2.      Do you believe that an incarcerated individual cannot possibly be telling the truth?

3.      Would you believe a police officer rather than a prisoner simply because he/she works in law enforcement?

4.      Do you believe that the constitution does not apply to an individual who may be a suspect in a crime?

5.    Is it acceptable that a citizen's constitutional rights are violated because he probably got what he deserved?

PLAINTIFF,
AKOV ORTIZ


By:_____
        Stephen J. Lable
        Federal Bar No.: ct21111
        Christopher R. Perry
        Federal Bar No.: ct24084
        LeBoeuf, Lamb, Greene & MacRae LLP
        Goodwin Square
        225 Asylum Street, 13th Floor
        Hartford, CT  06103
        Telephone: (860) 293-3500
        Facsimile: (860) 293-3555

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent by hand-delivered and first-class

mail, postage prepared, this 9th day of November, 2005, to the following:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT  06067

Trina A. Solecki, Esq.
City Attorney
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

_____
Stephen J. Lable