UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKOV ORTIZ, | : CASE NO. 3:02CV01369 (HBF) |
| Plaintiff, | : |
| V. | : |
| J. BRYMER, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR MIDDLETOWN, CT AND IN HIS INDIVIDUAL CAPACITY, and POLICE OFFICER YEPES, IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR MIDDLETOWN, CT, | : : : : NOVEMBER 14, 2005 |
| Defendants. | : |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, Akov Ortiz, respectfully submits this list of exhibits to be used during his trial beginning on November 14, 2005:

1. Polaroid photograph of Akov Ortiz taken on August 11, 1999 at Hartford Hospital;

2. Enlargement of Polaroid photograph of Akov Ortiz taken on August 11, 1999 at Hartford Hospital;

3. Clinical Record dated December 7, 2001;

4. Statement of William J. Warner dated August 25, 1999;

5. Statement of Stephen Augeri dated August 12, 1999;

6. Statement of Jorge Yepes dated August 11, 1999;

7. Affidavit of Jorge Yepes dated march 23, 2004;

8. Hartford Hospital Medical Records (3 pages);

9.  Diagnostic Radiologic Report dated September 27, 1999;

10. Clinical Record dated August 21, 1999;

11. Statement of Sergeant Mefferd dated August 10, 1999;

12. Statement of David Gervais dated August 10, 1999;

13. Statement of Richard Batts dated August 11, 1999; and

14. Middletown Police Department Professional Standards Section Internal Affairs Investigative Report.

Respectfully Submitted,

By: _____
Stephen J. Lable
Federal Bar No.: ct21141
Christopher R. Perry
Federal Bar No.: ct24084
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street, 13th Floor
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555

ATTORNEYS FOR AKOV ORTIZ

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent hand-delivered this 14th day of November, 2005, to the following:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067

Trina A. Solecki, Esq.
City Attorney
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

_____
Stephen J. Lable