UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKOV ORTIZ, | CASE NO. 3:02CV01369 (HBF) |
| Plaintiff, | |
| V. | |
| J. BRYMER, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR MIDDLETOWN, CT AND IN HIS INDIVIDUAL CAPACITY, and POLICE OFFICER YEPES, IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR MIDDLETOWN, CT, | NOVEMBER 14, 2005 |
| Defendants. | |

**PLAINTIFF'S WITNESS LIST**

Plaintiff, Akov Ortiz, respectfully submits this list of witnesses to be called at trial beginning on November 14, 2005:

1. Akov Ortiz
   Garner Correctional Institution
   50 Nunnawauk Road, POB 5500
   Newtown, CT 06470

2. Joe Roy
   60 Church Street
   Middletown, CT 06457

Respectfully Submitted,

By: _____
Stephen J. Lable
Federal Bar No.: ct21111
Christopher R. Perry
Federal Bar No.: ct24084
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street, 13th Floor
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555

ATTORNEYS FOR AKOV ORTIZ

## **CERTIFICATION**

This is to certify that a copy of the foregoing was hand-delivered this 14th day of November, 2005, to the following:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT  06067

Trina A. Solecki, Esq.
City Attorney
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

_____
Stephen J. Lable