UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKOV ORTIZ, | CASE NO. 3:02CV01369 (HBF) |
| Plaintiff, | |
| V. | |
| J. BRYMER, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR MIDDLETOWN, CT AND IN HIS INDIVIDUAL CAPACITY, and POLICE OFFICER YEPES, IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR MIDDLETOWN, CT, | NOVEMBER 14, 2005 |
| Defendants. | |

## REQUEST FOR LIMITING INSTRUCTION

Plaintiff, Akov Ortiz, respectfully requests that the following limiting instruction be read to the jury during voir dire on Monday, November 14, 2005, if and when the jury is presented with any evidence concerning Mr. Ortiz's prior felony convictions, and when charging the jury:

Some evidence may be admitted for a limited purpose only. When I instruct you that an item of evidence has been admitted for a limited purpose, you must consider it for that limited purpose and no other. The evidence that a witness has been convicted of a crime may be considered only for the limited purpose of whether it affects the believability of the witness and the state of mind of the defendants on the morning of August 11, 1999. It is for you to decide whether this evidence affects the weight to be given to the testimony of a witness.

This evidence may not be used to prove the general character or traits of a party. All persons, regardless of their general character traits, are entitled to equal justice under the law. Thus, you are not to concern yourself with whether one party is in some ways a better person than another. You may only consider whether evidence of prior convictions makes a witness

less believable than he otherwise would have been and if this evidence is relevant to the police officers state of mind. See United States v. Neill, 166 F. 3d 943, 947 (9th Cir. 1999); United States v. Marsh, 144 F. 3d 1229, 1238 (9th Cir. 1998); Manual of Model Civil Jury Instructions, §§ 1.5, 2.10, and 2.11.

        PLAINTIFF,
        AKOV ORTIZ

By: _____
    Stephen J. Lable
    Federal Bar No.: ct21111
    Christopher R. Perry
    Federal Bar No.: ct24084
    LeBoeuf, Lamb, Greene & MacRae LLP
    Goodwin Square
    225 Asylum Street, 13th Floor
    Hartford, CT 06103
    Telephone: (860) 293-3500
    Facsimile: (860) 293-3555

## CERTIFICATION

This is to certify that a copy of the foregoing was hand-delivered this 14th day of November, 2005, to the following:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067

Trina A. Solecki, Esq.
City Attorney
245 DeKoven Drive
P.O. Box 1300
Middletown, CT 06457

_____
Stephen J. Lable