United States District Court
District of Connecticut
FILED AT        BRIDGEPORT

11/16 2005

Kevin F. Rowe, Clerk

By: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AKOV ORTIZ                          :
                                    :
V.                                  :   CIV. NO.  3:02CV1369
                                    :
JORGE YEPES                         :

VERDICT FORM

We, the jury, unanimously find:

**Part I.**

**Liability of the Defendant, Detective Jorge Yepes:**

1. Was defendant **Detective Jorge Yepes** acting under color of state law on August 11, 1999?

   YES __X__            NO _____

2.

   a. Did the defendant, **Detective Jorge Yepes,** subject plaintiff, **Akov Ortiz,** to excessive force by shooting plaintiff during his arrest on August 11, 1999, thereby violating his constitutional rights?

   YES _____           NO __X__

    b.    Did the defendant **Detective Jorge Yepes** subject plaintiff **Akov Ortiz** to excessive force by striking plaintiff during his arrest on August 11, 1999, thereby violating his constitutional rights?

        YES_____                NO__X__

If you answered "YES" to Questions 2(a) or 2(b), proceed to Question 3.

If you answered "NO" to Questions 2(a) and 2(b), sign the form and report your verdict.

3.    Did the violation you have found in answer to Questions 2(a) or 2(b) proximately cause injury to plaintiff **Akov Ortiz**?

        YES_____                NO_____

If you answered "YES" to Question 3, proceed to Part II

If you answered "NO", sign the form and report your verdict

**Part II**

**Damages**

Answer the following questions on damages only if you answered "yes" to question 3.

    Compensatory Damages

    4.    Did **Akov Ortiz** suffer actual damages as the result of the defendant's violation of Mr. Ortiz's constitutional rights?

        YES _____        NO _____

        If yes, state the amount of money that will fairly and justly compensate Mr. Ortiz for the injuries inflicted upon him by the defendant and advance to page 5.

        $_____

If no, proceed to the next page.

<u>Nominal Damages</u>

5.  You have found that Mr. Ortiz has proven that defendant Detective Yepes violated his constitutional rights, but that he failed to prove actual damages. You must, therefore, award nominal damages in an amount not to exceed $1.00.  Enter that amount below.

    $_____

Proceed to the next page.

Punitive Damages

6.  Keeping in mind my charge on punitive damages, do you find that the defendant should be punished or deterred from future misconduct by an award of punitive damages?

    Yes _____                    No _____

    If yes, in what amount?          _____

5

**Qualified Immunity**

7.  Has Detective Yepes proved by a preponderance of the evidence that he is entitled to qualified immunity?

    Yes _____        No _____

When you have finished answering the appropriate questions on this form, you may report your verdict.

The form should be signed and dated by the foreperson.

_____        ___11/16/2005___
Foreperson                              Date