United States District Court
District of Connecticut
FILED AT          BRIDGEPORT

11/16    2005

Kevin F. Rowe, Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AKOV ORTIZ,                                    :    CASE NO. 3:02CV01369 (HBF)

        Plaintiff,                            :

V.                                             :

J. BRYMER, IN HIS OFFICIAL CAPACITY            :
AS CHIEF OF POLICE FOR MIDDLETOWN, CT          :
AND IN HIS INDIVIDUAL CAPACITY, and            :
POLICE OFFICER YEPES, IN HIS OFFICIAL          :
CAPACITY AS POLICE OFFICER FOR                 :    NOVEMBER 14, 2005
MIDDLETOWN, CT,                                :
                                               :
        Defendants.                           :

## PLAINTIFF'S WITNESS LIST

Plaintiff, Akov Ortiz, respectfully submits this list of witnesses to be called at trial

beginning on November 14, 2005:

1. Akov Ortiz
   Garner Correctional Institution
   50 Nunnawauk Road, POB 5500
   Newtown, CT  06470

2. Joe Roy
   60 Church Street
   Middletown, CT  06457

Respectfully Submitted,

By: _____

Stephen J. Lable
Federal Bar No.: ct21111
Christopher R. Perry
Federal Bar No.: ct24084
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street, 13th Floor
Hartford, CT  06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555

ATTORNEYS FOR AKOV ORTIZ

## **CERTIFICATION**

This is to certify that a copy of the foregoing was hand-delivered this 14th day of

November, 2005, to the following:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT  06067

Trina A. Solecki, Esq.
City Attorney
245 DeKoven Drive
P.O. Box 1300
Middletown, CT  06457

Stephen J. Lable