United States District Court
District of Connecticut
FILED AT BRIDGEPORT
11/16/2005

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKOV ORTIZ, | CASE NO. 3:02CV01369(HBF) |
| Plaintiff, | |
| V. | |
| J. BRYMER, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR MIDDLETOWN, CT AND IN HIS INDIVIDUAL CAPACITY, and POLICE OFFICER YEPES, IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR MIDDLETOWN, CT, | NOVEMBER 14, 2005 |
| Defendants. | |

## DEFENDANTS' LIST OF TRIAL WITNESSES AND EXHIBITS

The Defendants J. Edward Brymer and Jorge Yepes respectfully submit the following list of their trial witnesses and exhibits.

A. Defendants' Witnesses

1. **Detective Jorge Yepes**, Middletown Police Department, 222 Main Street, Middletown, Connecticut 06457. He is expected to testify as to the circumstances surrounding the incident that is the subject of this lawsuit, including his involvement with Plaintiff on the date in question as well as his familiarity with the Plaintiff prior to August 11, 1999, the criminal charges brought against the Plaintiff, the police investigation concerning the subject incident, his experience and training as a police officer, his police report for the subject incident, and his observations during the subject incident. He is also expected to testify as to information that he has that is relevant to the issues raised by the Plaintiff during the presentation of his case that supports the defense

of this matter. The expected duration of Officer Yepes testimony is approximately 1 to 2 hours including cross examination.

2.  **Detective William Warner**, Middletown Police Department, 222 Main Street, Middletown, Connecticut 06457. He is expected to testify as to the circumstances surrounding the incident that is the subject of this lawsuit, including his involvement with the Plaintiff on the date in question as well as his familiarity with the Plaintiff prior to August 11, 1999, the criminal charges brought against the Plaintiff, the police investigation concerning the subject incident, his experience and training as a police officer, his police report for the subject incident, and his observations during the subject incident. He is also expected to testify as to information that he has that is relevant to the issues raised by the Plaintiff during the presentation of his case that supports the defense of this matter. The expected duration of Detective Warner's testimony is approximately 30 to 45 minutes including cross examination.

3.  **Sergeant Stephen Augeri**, Middletown Police Department, 222 Main Street, Middletown, Connecticut 06457. He is expected to testify as to the circumstances surrounding the incident that is the subject of this lawsuit, including his involvement with Plaintiff on the date in question as well as his familiarity with the Plaintiff prior to August 11, 1999, the criminal charges brought against the Plaintiff, the police investigation concerning the subject incident, his experience and training as a police officer, his police report for the subject incident, and his observations during the subject incident. He is also expected to testify as to information that he has that is relevant to the issues raised by the Plaintiff during the presentation of his case that supports the defense of this matter. The expected duration of Sergeant Augeri's testimony is approximately 20 to 30 minutes including cross examination.

4.  **Officer Denise Duffy**, Middletown Police Department, 222 Main Street, Middletown, Connecticut 06457. She is expected to testify as to the circumstances surrounding the incident that is the subject of this lawsuit, including her involvement with Plaintiff on the date in question as well as her familiarity and involvement with the Plaintiff prior to August 11, 1999, the criminal charges brought against the Plaintiff, the police investigation concerning the subject incident, her experience and training as a police officer, her police report for the subject incident, and her observations during the subject incident. She is also

11/15/05

expected to testify as to information that she has that is relevant to the issues raised by the Plaintiff during the presentation of his case that supports the defense of this matter. The expected duration of Officer Duffy's testimony is approximately 20 to 30 minutes including cross examination.

5. **Captain David Gervais**, Middletown Police Department, 222 Main Street, Middletown, Connecticut 06457. He is expected to testify as to the circumstances surrounding the incident that is the subject of this lawsuit, including his involvement with Plaintiff on the date in question as well as his familiarity and involvement with the Plaintiff prior to August 11, 1999, the criminal charges brought against the Plaintiff, the police investigation concerning the subject incident, his experience and training as a police officer, his police report for the subject incident, and his observations during the subject incident. He is also expected to testify as to information that he has that is relevant to the issues raised by the Plaintiff during the presentation of his case that supports the defense of this matter. The expected duration of Captain Gervais' testimony is approximately 30 to 45 minutes including cross examination.

6. **Chief J. Edward Brymer**, Middletown Police Department, 222 Main Street, Middletown, Connecticut 06457. Chief Brymer is expected to testify as to his knowledge of the subject incident including the actions of Officer Jorge Yepes on August 11, 1999. He is also expected to testify as to the conduct, training, and experience of Detective Yepes as a police officer. He may also testify as to any relevant information he has regarding the subject incident, including the outcome of the internal affairs investigation with respect to the discharge of weapons on August 10-11, 1999. He is also expected to testify as to information that he has that is relevant to issues raised by the Plaintiff during the presentation of his case that supports the defense of this matter. The expected duration of Chief Brymer's testimony is approximately 30 to 45 minutes hours including cross examination.

B.  Defendants' Exhibits

The Defendants' may offer the following exhibits at trial depending on the Plaintiff's presentation of his case:

**Defendants' Exhibit 501:** Certified record of the disposition of the criminal charges brought against the Plaintiff due to his actions on August 11, 1999 (docket number CR99-0151946).

**Defendants' Exhibit 502:** Certified record of the Plaintiff's murder conviction on May 24, 2004 for the murder that occurred prior to the subject incident.

**Defendants' Exhibit 503:** Middletown Police Department report and statements for the subject incident, (case number 99-24097).

**Defendants' Exhibit 504:** Connecticut State Police Report and statements for the subject incident, (case number F-99-25094-4).

**Defendants' Exhibit 505:** Middletown Police Department report and statements for the domestic violence incident that resulted in the arrest of the Plaintiff on August 11, 1999 (case number 99-14888).

**Defendants' Exhibit 506:** Middletown Police Department General Order Number 1.3 regarding the Use of Force in effect on August 11, 1999.

At this time the Defendants are certain that they will offer Exhibits 501 and 502 as evidence at trial.

*[Handwritten annotations in left margin:]*
- FULL 11/14/05
- FULL 11/14/05
- FULL 11/15/05 | FD 11/15/05
- FULL 11/15/05 | FD 11/15/05
- FULL 11/15/05 | FD 11/15/05

*[Handwritten at bottom:]* received [signature] Andre M. B_ 11/16/05