# United States District Court

DISTRICT OF Connecticut

**EXHIBIT AND WITNESS LIST**

Ortiz v. Brymer

CASE NUMBER: 3:02cv1369HBF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| H Fitzsimmons | Lable, Perry | Dewey, Soleck |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/14-16, 2005 | Baldwin, Corrierre Conte | Kolesnikoff |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Court Exhibit - Charge |
| 2 | | | | | Note from Jury |
| 3 | | | | | Stipulated Facts |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages