UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 NOV 18  P 4: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

AKOV ORTIZ

v.                                              3:02cv1369 (HBF)

J. EDWARD BRYMER and
JORGE YEPES,

### JUDGMENT

This action came on for trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate Judge was filed on April 26, 2005.

On November 16, 2005, after deliberation, the jury returned a verdict in favor of defendant Jorge Yepes. On November 15, 2005, a Motion for Judgment as a Matter of Law was granted as to defendant J. Edward Brymer.

It is therefore ORDERED and ADJUDGED that judgment is entered for the J. Edward Brymer and Jorge Yepes and the case is closed..

Dated at Bridgeport, Connecticut, this 18th day of November 2005.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket_____