**MANDATE**

### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

FILED

| | |
|---|---|
| Date: 12/3/07 | DC Docket Number: 02-cv-1369 |
| Docket Number: 05-6765-pr | DC: CONNECTICUT (NEW HAVEN) |
| Short Title: Ortiz v. Brymer | DC Judge: Honorable Holly Fitzsimmo |

## MOTION INFORMATION FORM

Movant:
Akor Ortiz
#2628585
Garner C. I.
50 Nunnawaunk Rd.
Newtown, CT 06470

**MOTION TO WITHDRAW APPEAL**

|  | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | /__/ | /__/ |
| Consent obtained from adversary(ies)? | /__/ | /__/ |
| Is oral argument desired? | /__/ | /__/ |

[Stamp: FILED NOV 29 2007, Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT]

### ORDER

IT IS HEREBY ORDERED that the motion for motion to witdraw appeal be and it hereby is granted. ~~denied.~~


[Stamp: FILED JAN 28 2008, Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT]

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
Deputy Clerk

ISSUED AS MANDATE: DEC 3 2007